IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS CHRISTOPHER TIMMONS,

    Petitioner,                               No. CIV S-06-1970 MCE DAD P

    v.

HARLEY G. LAPPIN, et al.,

    Respondents.                           ORDER

/

        Petitioner, a federal prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), petitioner's May 7, 2007 request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: May 9, 2007.

                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

DAD:9
timm1970.259